# UNITED STATES DISTRICT COURT
## District of Minnesota

Joel Smith, John Nesse, Daniel Shoemaker, Heather Grazzini, Fred Chase, Construction Laborers Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, The, Dave Borst, Mark Ryan, Minnesota Laborers Health and Welfare Fund, The, Minnesota Laborers Pension Fund, The, Minnesota Laborers Vacation Fund, the, Minnesota Laborers Employers Cooperation and Education Trust, The, Joe Fowler,

                Plaintiff(s),

v.

Jacon LLC,

                Defendant(s),

**CLERK'S ENTRY OF DEFAULT**

Case Number:  22-cv-19 WMW/ECW

It appearing that defendant(s) Jacon LLC, is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff(s), Joel Smith, John Nesse, Daniel Shoemaker, Heather Grazzini, Fred Chase, Construction Laborers Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, The, Dave Borst, Mark Ryan, Minnesota Laborers Health and Welfare Fund, The, Minnesota Laborers Pension Fund, The, Minnesota Laborers Vacation Fund, the, Minnesota Laborers Employers Cooperation and Education Trust, The, Joe Fowler,

    DEFAULT IS HEREBY ENTERED against Jacon LLC.

                                            KATE M. FOGARTY, CLERK

Date: 2/1/2022